UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELIZABETH GRANT and GRACE GRANT,

                Plaintiff,

-against-

BROOKLYN VETERANS HOSPITAL;
EDMOND GRANT,

                Defendants.
------------------------------------------------------------x

**JUDGMENT**
19-CV-4875 (RRM) (LB)

      An Order of the undersigned having been issued this day directing the Clerk of Court to enter judgment and to close this case, it is hereby:

      ORDERED, ADJUDGED, AND DECREED that plaintiff take nothing of defendant, that all claims brought by plaintiff as against defendant are dismissed, and that this case is hereby closed.

                                              SO ORDERED.

Dated: Brooklyn, New York
         November 21, 2019

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge